

| | FCL: | 16-93 |
|---|---|---|
| | DATE: | 11/21/16 |

# FLIGHT CREW LETTER

**TO:**     All Flight Crewmembers

**FROM:**     Bob Boja
Vice President, Flight Operations

**SUBJECT:**     D6 Days

This Flight Crew Letter rescinds FCL 16-85.

Crewmembers who are owed a D6 Day should contact crew scheduling by telephone (937-366-3023) between five (5) days and 24 hours prior to the commencement of a Work Day that the Crewmembers identifies as the Work Day that the Crewmember elects to drop pursuant to that D6 Day.

**EXHIBIT D**