

## Letter of Agreement
## February 2, 2014 Furlough Postponement and Captain Upgrades

January 24, 2014

Dear Captain Ziebarth,

The Company and the Union agree to the following to prevent the furlough of twelve (12) Crewmembers scheduled for February 2, 2014:

The furloughs effective on February 2, 2014 shall be postponed until February 17, 2014, pending ratification of this Letter of Agreement ("LOA"). The ratification is scheduled to conclude on or about February 11, 2014. Furloughs shall be cancelled on February 11, 2014 if this LOA is ratified by the membership. If this LOA is not ratified, the furlough shall be effective 12:01 a.m. on February 17, 2014, with no additional notice to crewmembers presently designated for furlough. Additionally, in the event the LOA is not ratified, Furlough Pay as set forth in Article 7 A 4 shall be paid retroactively to February 2, 2014. A Crewmember designated for furlough who was awarded a line in February, 2014 that included work days, including reserve days, prior to February 17, 2014 shall be compensated for those days in addition to the Furlough Pay.

The Company shall upgrade five (5) First Officers to Captain and shall issue proffers for those positions immediately. The proffers shall designate the Captain positions as Dual Qualified Captains ("DQC") as described herein. In the event that one or more currently qualified Captain(s) is awarded the proffered position he shall be designated as a DQC. For each currently qualified Captain (s) who is awarded a DQC vacancy an additional DQC vacancy shall be awarded in the domicile from which the currently qualified Captain originated until five (5) First Officers have been awarded a Captain position, as set forth in Article 11. In the event more Crewmembers have been awarded a DQC proffer in a particular domicile than originally proffered, the most junior Crewmembers awarded the proffer in the domicile with an excess of DQC positions shall hold the DQC designation, any remaining successful bidders shall not be designated as such. Training shall commence within five (5) days of ratification of this LOA.

Those five (5) Captains designated as a DQC may be utilized as a First Officer, including as an International Relief Officer ("IRO") and shall be compensated as a Captain at all times. The Company may build RBU Captain lines commensurate with the number of DQCs. All Captains may bid on and be awarded a Captain RBU line, but in the event there are an insufficient number of bidders, the Captains designated as a DQC may be assigned to the Captain RBU line in inverse order of seniority.

As any Captain leaves the employment of the Company, except for those Captains who have submitted a completed application for retirement prior to January 22, 2014, or as additional Captain proffers are awarded, a DQC shall no longer be designated as such and shall be designated as Captain on a one for

1 | Page

145 Hunter Drive • Wilmington, Ohio 45177 • (937) 382-5591 • www.abxair.com



one basis, in order of seniority. No other Captain shall be designated as a DQC as Captain vacancies are filled, or as Captains leave the employment of the Company.

Effective with the March, 2014 bid period, the Company may restrict vacation buy back to no more than two (2) weeks per crewmember during the term of this LOA. Vacation sold back in January and February, 2014 shall count against this limit. The Company shall buy back those vacation weeks that are available for sell back, in order of seniority among crewmembers selling back vacation. In the event that the trips that a crewmember offered to sell back but was denied are awarded in Open Flying, the crewmember who was denied the opportunity to sell back those trips shall have first right of refusal for those trips.

This LOA shall terminate if the Company furloughs or implements a surplus after the effective date of this LOA or on December 31, 2014, whichever occurs earlier. Such furloughs and surpluses shall be conducted in accordance with Article 7 and Article 11 F and G respectively.

For ABX Air, Inc.:

_____
Robert Gray, Vice-President
Flight Operations
ABX Air, Inc.

For Airline Professionals Association,
Teamsters Local 1224:

_____
Captain Richard Ziebarth,
Executive Council Chairman
Airline Professionals Association,
Teamsters Local 1224

_____
Daniel C. Wells, President
Airline Professionals Association,
Teamsters Local 1224

2/12/2014
Date

2/12/2014
Date