# *Letter of Agreement:*

## *Re: Rescission/Elimination of April 4, 2015 Furloughs/Surplus*

by and between

## *ABX Air, Inc.*

and the

## *AIRLINE PROFESSIONALS ASSOCIATION TEAMSTERS LOCAL 1224*

**THIS LETTER OF AGREEMENT** (hereinafter, "LOA") is made and entered into in accordance with the provisions of the Railway Labor Act, as amended, by and between, ABX Air, Inc. (hereinafter, "Company") and the Pilots (hereinafter, "Crewmembers") in the service of the Company, as represented by the International Brotherhood of Teamsters, Airline Division (hereinafter, "IBT" or "Union").

**WHEREAS**, on or about March 4, 2015, the Company issued notices of furlough and surplus to certain Company Crewmembers to be effective April 4, 2015; and

**WHEREAS**, the Company and the Union have engaged in discussions to eliminate the furloughs and surplus; now

**THEREFORE**, the Company and Union have agreed as follows:

1. The Union shall waive the provisions of Article 10, Section B (2) with respect to a Crewmember's right to elect to sell back vacation days that fall during the month of May, 2015.

2. The Company may use its discretion to award a Crewmember Vacation Buy Back for any vacation day that falls during the month of May, 2015. Should the Company award Vacation Buy Back during the month of May, 2015 such award shall be made in order of Seniority among Crewmembers who wish to sell back their vacation during that month.

3. A Crewmember affected by this waiver retains his right to trade Vacation Days with another Crewmember of the same domicile or bid on any open vacation periods, as set forth in Article 10 Sections F and G.

EXHIBIT B

4. The Company shall cancel all furloughs and surpluses subject to the March 4, 2015 notices of furlough and surplus and shall notify all affected crewmembers in writing.

5. This Letter of Agreement shall be effective upon membership ratification of its terms and applies only to the Furlough/Surplus notices issued on March 4, 2015 and the vacation days that fall in the month of May, 2015.

*End of LOA Text*

*Signatories:*

**For ABX Air, Inc.:**

Robert Boja,
Vice-President
ABX Air, Inc.

03/17/15
Date

**For APA Teamsters Local 1224:**

Capt. Richard Ziebarth,
Chairman
ABX Executive Council

3/17/15
Date

Capt. Daniel C. Wells,
President
APA Teamsters Local 1224

03/18/2015
Date

Capt. David Bourne
Director
Airline Division IBT

5/18/15
Date