Home  Benefits ▶  Committees ▶  Contacts ▶  Forms  Resources ▶  Union News ▶

My Committee Resource
Log Out
My Profile
My CBA
My Seniority
My Crew Forum

<< Back To Union News

**ABX TEAMSTERS NEWS REPORT**

6-12-2015

IN LABOR HISTORY – JUNE 10, 1963

President Kennedy signs a law (right) mandating equal pay to women who are performing the same jobs as men (Equal Pay Act). Source: Union Communications Services




## ABX & Local 1224 Union News

### Negotiations, Scope and Profit Sharing Arbitration Update

The arbitration regarding the profit sharing component of our pension plan (Grievance # IBT 2013-011) was heard last week. The arbitration award is not expected for 2-3 months.

Mediated negotiations took place this week, June 8-11, in Columbus.

ExCo Chairman Rick Ziebarth will be holding a conference call on Monday, June 15, at 4:00 p.m. to brief the membership on both of these issues, as well as scope. Please make every effort to join the call.

To join the call:

Dial: 866-820-0165

Enter Conference Code: 8908046252

*Submitted by: Rick Ziebarth, ABX ExCo Chairman*

**Airline Professionals Association**

Teamsters Local 1224
2754 Old State Route 73
Wilmington, OH 45177

Ph: 937-382-0201
Ph: 800-294-1224
Fx: 937-383-0902

### Stewards Corner

Your Steward Committee would like to make our crews aware of the following issues:

1) We are in an ongoing dispute with the company regarding the "Day-off Slide" side letter. Despite being told by crew schedulers that they will be paid emergency call out (JRM) pay, and having it coded that way in Crew Trac, crew members are not receiving their promised pay. This is especially true regarding show times earlier than 0301 on Monday, when Monday is the first day of a block. Knowing that you probably will not be paid what the contract, and the scheduler, say you will be paid, use your best judgment in deciding when you want your day to start. You are never required to show prior to 0301 on the first day of a block of reserve.

2) Many ABX crewmembers have reached, or exceeded, the six emergency call outs allowed by the CBA. Please review Article 13.M as it pertains to emergency assignments, order of call out, and day off restoration days (D6 days). If you are emergency assigned in excess of six days, D6 days should be taken in the same bid period as the emergency assignment, if you have work days remaining. If not, they must be taken in the next bid period. Scheduling is required by the CBA to adjust the minimum number of days off in the next bid period on a one-for-one basis.

3) Reserve line holders are asked to review Article 18.F.3 regarding actual on duty limits. As you are probably aware, actual on duty limits may be reduced, depending on when you are officially notified of an assignment. In some cases, your actual duty limit is as low as eight hours.

4) All pilots should review the International Section, especially 23.F.3, concerning actual on duty limits during operations requiring an IRO. The company now has a trip that has four legs, requires an IRO, and is scheduled for 14:40 duty. The contract limits actual duty for IRO trips of four legs, or more, to fifteen hours. It is easy to see how this trip could reach, or exceed, 15 hours of duty time. You should decide how you will handle such an occurrence.

5) If you are reassigned from your original trip and are told it is a customer change, there are a few questions you should ask the scheduler: (a) Is my original trip going as scheduled? (b) When was the company made aware of the schedule change by the customer? (c) What is the change to my original trip? (d) Am I still able to complete my original trip legally and would doing so affect my future trips? It's important to find out this information for determining if you should be paid REA pay.

If you feel that you have been harmed for any of the above situations or any other situation, we encourage you to speak with one of your stewards or email us at Stewardsabx@apa1224.org.

*Submitted by: ABX Stewards*

### Professional Standards Committee Notes

Your Professional Standards Committee would like to remind the membership that our committee is still active and is trained to help members resolve issues within the pilot group. We ask that you please try and go through the Professional Standards Committee with any problems between you and fellow crew members before contacting the chief pilot or management. Our goal is to resolve problems and conflicts before they end up on the chief pilot's desk.

**EXHIBIT C**