MEMORANDUM OF UNDERSTANDING
BETWEEN
ABX AIR, INC.
AND
APA TEAMSTERS LOCAL 1224

*Fourth Quarter 2015 Staffing*

---

1. The Company agrees to issue sufficient recall notices to return six (6) furloughed Crewmembers to active employment, with class dates beginning no later than January 4, 2016. The Crewmembers shall be recalled to vacancies in the CVG domicile in accordance with CBA procedures.

2. The Parties agree that the time limits of Section 7.H. of the CBA apply to the MOU titled Recall of Furloughees Affected By LOA 34. The Parties further agree that exercising a right to refuse recall under CBA Section 7.G does not extend the time period during which a Crewmember has recall rights under CBA Section 7.H.

3. The Company and the Union agree to support a Voluntary Emergency Assignment provision that will not cause Crewmembers to accumulate "D6" days. Such provision will only apply during the 4th quarter of 2015, and is described in Attachment 1 of this MOU.

4. The Company and the Union agree to support a Voluntary Reassignment provision that will not cause Crewmembers to accumulate "D6" days if on a layover. Such provision will only apply during the 4th quarter of 2015, and is detailed in Attachment 1 of this MOU.

5. Both Parties agree to meet and discuss any application issues related to the provisions referenced in Paragraphs 3 and 4 of this MOU.

AGREED to on this 1st day of September 2015, by:

For the COMPANY:                                    For the UNION:

*[signature: John M. Starkovich]*                   *[signature]*

EXHIBIT D

# ATTACHMENT 1
*Voluntary Assignment and REA Relief*



In order to ensure sufficient staffing for the fourth quarter of the 2015 calendar year, the Parties agree to the following for the time period beginning October 1, 2015 and ending December 31, 2015:

**Voluntary Assignment Agreement**

1. If the Company's Crewmember (CM) requirements are not met through the CBA's "Order of call up" provisions, (i.e., reserves or Flex Days), the Company may utilize a Voluntary Assignment List to make flight assignments in accordance with this Voluntary Assignment Agreement in lieu of assigning emergency replacement Crewmember(s). When the need for voluntary assignment(s) is known, the Company shall be permitted to award voluntary assignments no earlier than five (5) days prior to the start of the Trip (pairing) involved.

2. The Company shall maintain a Voluntary Assignment List. Each Crewmember that wishes to be considered for a Volunteer Assignment (VA) shall submit a Volunteer Assignment Bid (VAB) to Crew Scheduling (CS). VABs for a bid period shall be submitted by 1700 UTC on the 25th of the preceding month. Following the initial VAB submission, a CM may update, rescind or initiate a new VAB prior to 0600 Local Domicile Time each day for VAs offered after that time by contacting Crew Scheduling at the provided email address.

3. Voluntary Assignments shall be offered in order of seniority from within the same Domicile as the voluntary assignment Trip(s), to the most senior Crewmember by Domicile, equipment type and seat position available when the need is known, who can take the Trip without causing delay of the scheduled departure and has submitted a VAB for the days that coincide with the Work Days of the Trip. CS will begin at the top of the Voluntary Assignment List by seniority and attempt to offer and notify each Volunteering Crewmember (VC) until the assignment(s) are filled or CS exhausts the list (see paragraph entitled: "Offers and notifications of Voluntary Assignments).

4. A Crewmember on a Work Day(s) when the Company is in the process of trying to make an assignment utilizing the Voluntary Assignment List will not be considered to be available for a voluntary assignment(s) unless that Crewmember has indicated on their current Volunteer Assignment Bid that they agree to accept any assignment over the same volunteered Day(s) Off as the voluntary assignment.

5. No CM shall be required to accept VA(s) unless that Crewmember is on a Work Day and has previously indicated on their current VAB that they will accept any assignment for each of the particular day(s) of the VA(s).

6. Offers and notifications of Voluntary Assignments:

    a. If a Volunteering Crewmember (VC) is on a Day(s) Off, CS will attempt to offer VA(s) using the primary phone number provided by the VC.



      b.      If a VC is on a Work Day and the Crewmember has agreed to accept any VA over the same day(s) as the voluntary assignment. CS will notify the VC that they have been assigned a voluntary assignment:

           i.      Via email if an email address has been provided;

           ii.     Leaving a message on the Flight Release to contact CS, and

           iii.    Leaving a message with Flight Control for the VC to contact CS.

      c.      Crew Scheduling (CS) will not contact a VC by phone during a layover.

7. VA(s) shall be compensated as if the assignment(s) was made in accordance with Article 13.M but shall not be subject to the six (6) Days per calendar year limitations contained in Article 13.M.2.

8. If the voluntary assignment is cancelled before the Crewmember "shows" for the assignment the Crewmember shall have the choice of turning the Work Day(s) of the VA in to Flex Days and being paid the higher of the original assignment or the assignment received from the Flex Day assignment, (to include the 2.5/1.5 additional flight pay hours) or drop the affected Work Day(s) from the VA and receive no compensation.

9. If a CM on a VA is Emergency Reassigned they will be compensated for the VA they were originally assigned and then receive full compensation for the Emergency Reassignment in accordance with the 13 (I) MOU.

10. At the joint monthly Scheduling Committee meeting CS will provide a list of all Trips that were voluntary assigned, along with the total hours of those trips, from the previous bid period.

11. The Parties agree to meet and discuss modifications to this Attachment 1 as may be required.

### REA Provision

1. If a Crewmember agrees to perform an additional flight assignment(s) exclusively over a previously scheduled Layover day(s), such assignment(s) shall be paid as an Emergency Reassignment (REA) for the day(s) that the additional flight assignment(s) is performed, and such assignment(s) shall not count towards the six (6) Days per calendar year limitation contained in Article 13.M.2.