**From:** Teamster News
**Sent:** Monday, October 31, 2016 2:04 PM
**To:** Teamster News
**Subject:** Guidance on D6 Days

October 31, 2016

## Airline Professionals Association | Teamsters Local 1224
*Affiliated with the International Brotherhood of Teamsters*



# Guidance on D6 Days

**ABX Crew Members,**

As you know, regarding D6 days, you are entitled to select the D6 work days that you wish to drop to restore days off. If crew scheduling refuses to drop those work days, advise them that this is the day(s) you have selected to drop and if you are required to fly on that day(s) you will earn another D6 day and will earn premium pay. Please confirm your communications with the scheduler via email.

Fraternally,

ABX Executive Council
APA Teamsters Local 1224

**Contact Us:**
2754 Old State Route 73
Wilmington, OH 45177
Ph: 800.294.1224
Fax: 937.383.0902

 https://www.apa1224.org
 Teamster Safety
 CAPA

**CHANGE EMAIL | UNSUBSCRIBE | ARCHIVES**

**WHO WE REPRESENT**

Local 1224 is the certified bargaining unit that represents all flight crew members employed by ABX Air, Allegiant Air, Atlas Air, Cape Air, Horizon Air, Kalitta Air, Kalitta Charters II, Miami Air, Omni Air International, Silver Airways,



EXHIBIT
E

**ABOUT THIS COMMUNICATION**

You are subscribed to this communication as a member of APA Teamsters Local 1224. This communication is for the benefit of the members of APA Teamsters Local 1224. The sharing of union communications with non-members is strictly prohibited in accordance with APA Teamsters Local 1224 Bylaws, Section 30: Obligation, unless permission has been granted by the Executive Board. If you are no longer a member of APA Teamsters Local 1224 and you would like to unsubscribe to this newsletter and other union communications, Click Here For Removal From Union Email Communications.